ADAM PAUL LAXALT
  Attorney General
Tyler J. Watson (Bar. No. 11735)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
twatson@ag.nv.gov

Attorneys for Defendant
State of Nevada Department of Corrections

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINITY PHARRIS, Individually,<br><br>          Plaintiff(s),<br><br>vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS,<br><br>          Defendant(s). | CASE NO. 2:15-cv-01441-RFB-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is stipulated and agreed, by and between the parties, Plaintiff Trinity Pharris, by and through counsel, Paul S. Padda, Esq., and Defendant State of Nevada Department of Corrections, by and through counsel, Adam Paul Laxalt, Attorney General for the State

. . .

. . .

. . .

of Nevada, and Tyler J. Watson, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED: December 16, 2016                                          DATED: December 16, 2016

ADAM PAUL LAXALT                                                  PAUL PADDA LAW, PLLC
Attorney General


By: /s/ Tyler J. Watson                                           By: /s/ Paul S. Padda
    Tyler J. Watson (Bar No. 11735)                                  Paul S. Padda
    Senior Deputy Attorney General                                   4240 W. Flamingo Rd., Ste. 220
    555 E. Washington Ave., Ste. 3900                                Las Vegas, Nevada 89103
    Las Vegas, Nevada 89101                                          Attorneys for Plaintiff
    Attorneys for Defendant

    IT IS SO ORDERED.

    DATED this  19th  day of  December , 2016.

_____
UNITED STATES DISTRICT JUDGE